CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **The Honey Baked Ham Company, LLC,** a Delaware Limited Liability Company. <br><br> Defendants. | Case 2:20-cv-00951-JAK-PJW <br><br> **Declaration of Russell Handy Regarding Late Filing of the Opposition to Motion to Dismiss** |

1. I am an attorney with the Center for Disability Access, representing plaintiff Orland Garcia, and I was tasked with preparing the opposition to the motion to dismiss in this case. Based on my own investigation and attendant knowledge, I can attest to the following.

2. The late filing was due to a calendaring error. When the motion to dismiss was filed, one of our calendaring clerks downloaded the documents, saved them to the file, inputted the hearing date (November 9, 2020) into our firm's case management program and the program calculated the opposition due date based on the Central

1

1 | District's Local Rules as due 21 days before the hearing date, i.e., October 19, 2020.

3. We do keep a list of all Courts, including this one, that have Standing Orders or Scheduling Orders that modify the dates. Our calendaring clerks are trained to review that list and modify the dates accordingly.

4. That simply did not happen.

5. When I drafted the opposition to the motion to dismiss, I mistakenly believed I was filing quite early. I happened to be working on another very similar motion filed by the same defense counsel in another case (*Langer v. Veler*) and decided to work on this opposition as well.

6. I sincerely apologize to the Court. It was an administrative mistake. We intended no disrespect to the Court.

7. I respectfully request this Court not take the drastic action of striking the opposition to the motion to dismiss as there is no prejudice to the moving party and the hearing is still more than a month away. The sanction would not be commensurate with the mistake.

8. I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 5, 2020            CENTER FOR DISABILITY ACCESS

By: /s/ Russell Handy
Russell Handy, Esq.
Attorneys for Plaintiff