**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendant King Fish, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>       *Plaintiff*,<br><br>v.<br><br>**King Fish, Inc.**, a California Corporation and Does 1-10,<br><br>       *Defendant*. | Case No. 2:20-cv-00951-JAK-PJW<br><br>**DEFENDANT'S NOTICE OF NO TIMELY OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) AND REQUEST TO DEEM THE MOTION UNOPPOSED**<br><br>Honorable John A. Kronstadt<br><br>United States Courthouse<br>350 West 1st Street<br>Courtroom 10B, 10th Floor<br>Los Angeles, CA, 90012<br><br>Date: Monday, May 9, 2022<br>Time: 8:30 a.m. |

On January 27, 2022, Defendant King Fish, Inc. ("**Defendant**") filed its motion to dismiss the claims set forth in Plaintiff's Second Amended Complaint (Doc. 54). Doc. 56. The motion is set for hearing on May 9, 2022 – 102 days after the filing. Pursuant to this Court's standing order (Doc. 8), the time for opposing the motion is as follows:

  (b). Any motion that is filed and set for a hearing more than 70 days from the date of the filing of the motion: (i) any opposition must be filed no

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Defendant's Notice of No Timely Opposition re 12b Motion    1

DEFENDANT'S NOTICE OF NO TIMELY OPPOSITION TO MOTION TO DISMISS

later than 21 days after the filing of the motion; and (ii) any reply must be filed no later than 35 days after the filing of the motion.

The Court will permit the parties to stipulate, without a court order, to a briefing schedule for any motion that is set for a hearing to be held more than 70 days from the hearing date it was filed so long as the reply is filed no later than five (5) weeks prior to the hearing date. A stipulation regarding the agreed upon briefing schedule shall be filed with the Court within seven (7) calendar days from the date the motion is filed. The stipulation shall include in the caption "STIPULATED PER STANDING ORDER."

Standing Order at 9.b.(b)

As of the date of this filing, Plaintiff has not filed an opposition nor request to continue the hearing date. Plaintiff has not filed any objection to any evidence offered in support of the motion. Plaintiff has not requested nor proposed any stipulation to vary from this Court's order.

As of this date, fewer than five weeks remain before the set hearing date.

On the basis of the foregoing, Defendant respectfully requests that this Court deem the motion unopposed, take the motion under submission without hearing, and rule on the motion in light of (i) the moving papers, (ii) the fact that Plaintiff has twice amended the complaint, and (iii) the fact that this case was commenced 797 days ago.

Dated: April 5, 2022          LAW OFFICES OF STEPHEN ABRAHAM

By:  /s/ Stephen E. Abraham
      Stephen E. Abraham
      Attorney for Defendant