CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br>    Plaintiff, <br><br>    v. <br><br> **King Fish, Inc.**, a California Corporation; and Does 1-10, <br><br>    Defendants. | **Case:** 2:20-cv-00951-JAK-PJW <br><br> **Notice of Indication of Compliance** |

**TO THE COURT AND ALL PARTIES:**

On December 27, 2021, the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim.[1] This limited Plaintiff's remedies to solely injunctive relief.[2]

In its motion for summary judgment, Defendant has presented evidence that it removed the alleged ADA barriers at the subject property. As Plaintiff must face a "real and immediate threat of repeated injury" to establish standing for injunctive

---

[1] Dkt. 44.
[2] Wander v. Kaus, 304 F.3d 856, 858 (9th Cr. 2002); 42 U.S.C. § 12188(a)(1).

relief,[3] and Defendant has now shown barrier removal, Plaintiff is satisfied his claim for injunctive relief has been rendered moot.

Dated: April 8, 2022					CENTER FOR DISABILITY ACCESS


							By: /s/ Christopher A. Seabock
							Christopher A. Seabock
							Attorneys for Plaintiff

---

[3] Chapman v. Pier 1 Imports (U.S.) Inc., 631 F.3d 939, 946 (9th Cir. 2011).